**92–1455.** Dittman–Adams Co. v. Limbach. Board of Tax Appeals, No. 88–G–737. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 8, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2025.** Sanders Transfer, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91–1646–TR–ACE. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 8, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Friday, December 10, 1993*

## MOTION DOCKET

**93–2057.** State ex rel. AFL–CIO v. Voinovich. In Mandamus and Prohibition. On motions for leave to file *amicus* of Ohio Association of Trial Lawyers and Ohio Manufacturers Association et al. Motions granted.

**93–2059.** State ex rel. Geltzer v. Voinovich. In Mandamus. On motion for leave to file *amicus* of Ohio Manufacturers Association et al. Motion granted.

**93–2060.** State ex rel. UAW v. Ohio Bur. of Workers' Comp. In Mandamus. On application to dismiss parties. Application granted.

On motion for leave to intervene of Ohio Bureau of Workers' Compensation. Motion granted.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

On motion of Attorney General to join. Motion granted.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

On motion for leave to file *amicus* of Ohio Manufacturers Association et al. Motion granted.